UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANNON PELMORE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  14-2205 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| suing as Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#19) was filed by Magistrate Judge David G. Bernthal in the above cause on October 28, 2015. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#19) is accepted by this court.

(2) The plaintiff's Motion for Summary Judgment (#13) is DENIED.

(3) The defendant's Motion for Summary Judgment (#17) is GRANTED.

(4) The defendant's decision to deny benefits is AFFIRMED.

(5) This case is terminated.

Entered this 17th day of November, 2015.

**/s/ Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE